# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 3:21-CR-003** |
| **v.** | : | |
| | : | **In Violation of:  18 U.S.C. §§ 1466A(b)(1),** |
| **IAN ANDREW ZEARLEY** | : | **(d)(4), and 2252A(b)(2)** |
| | : | |

## INFORMATION

The Acting U.S. Attorney charges that:

## COUNT ONE
### (Possession of Obscene Visual Representations of the Sexual Abuse of Children)

1.      On or about June 9, 2019, in the Western District of Virginia, the defendant, IAN ANDREW ZEARLEY, did knowingly possess a visual depiction of any kind that depicts a minor engaging in sexually explicit conduct and is obscene, and any visual depiction involved in the offense was shipped and transported in interstate and foreign commerce by any means, including by computer, and was produced using materials that were shipped and transported in interstate and foreign commerce by any means, including by computer; and the defendant had a prior conviction, and prior convictions, under Chapter 110 of the United States Code, to wit: (a) Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); and (b) Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

2.      All in violation of 18 U.S.C. §§ 1466A(b)(1), (d)(4), and 2252A(b)(2).

## FORFEITURE NOTICE

3.      The allegations contained in Count One of this Information are realleged and incorporated by reference herein for purposes of alleging forfeiture pursuant to 18 U.S.C.§ 1467

4.      The property to be forfeited to the United States includes but is not limited to the following property:

    a.  All such material containing the above-described visual depictions.

    b.  A 1TB Seagate hard drive; serial number zde79drs

    c.  A Samsung Galaxy J7 mobile device; model number: sm-j737v; IMEI number: 35950009568474

5.      If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).


_____
DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY