**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 3:21-CR-0003** |
| | : | |
| **IAN ANDREW ZEARLEY** | : | |

## STATEMENT OF FACTS

The United States and the defendant, Ian Andrew Zearley ("ZEARLEY"), agree and stipulate that the following is true. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation. This Statement of Facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

1. On or about June 9, 2019, in the Western District of Virginia, ZEARLEY, knowingly possessed computer generated images depicting minors engaging in sexually explicit conduct.

2. Such images are visual depictions of minors engaging in sexually explicit conduct and are obscene.

3. At the time he possessed these images, ZEARLEY knew the general nature of the images.

4. Such images were shipped and transported in interstate and foreign commerce through ZEARLEY's computer, and were produced using materials that were shipped and transported in interstate and foreign commerce by any means. Specifically, ZEARLEY

1

possessed the images on his HP laptop with serial number 8CG80347OS, which was made in China, and a Seagate hard drive with serial number zde79drs, which was made in Thailand.

5.  Prior to this offense, ZEARLEY had been convicted under Chapter 110 of the United States Code, to wit: (a) Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1); and (b) Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

6.  ZEARLEY possessed these images while on supervised release.

I, Ian Andrew Zearley, have reviewed the above Statement of Facts with my attorney and believe the facts are true and correct.  I agree that had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.

7/19/21
Date

Ian Andrew Zearley
Defendant

7/19/21
Date

Graven Craig
Attorney for Defendant

2

Had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt. The government reserves the right to present additional evidence at the time of sentencing regarding relevant conduct of the defendant.

KATHRYN RUMSEY

Digitally signed by
KATHRYN RUMSEY
Date: 2021.07.20
09:07:59 -04'00'

Kate Rumsey
Texas Bar No. 24081130
Assistant United States Attorney
255 West Main Street, Room 130
Charlottesville, Virginia 22902

Charles Schmitz

Digitally signed by Charles
Schmitz
Date: 2021.07.20 00:33:43 -04'00'

Charles D. Schmitz
Trial Attorney
Criminal Division
CT Bar No. 429457
United States Department of Justice
1400 New York Avenue, Ste. 600
Washington, DC 20005

3